450 A.2d 1041

Commonwealth v. Slinger, Appellant.

Submitted June 22, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County, Common Pleas Court Judge Louis G. Hill is affirmed as modified.